**REVERSE AND REMAND and Opinion Filed February 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00484-CV**

**ATKINS CONSTRUCTION COMPANY, INC., Appellant**
**V.**
**MARY LUTTRELL, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 84376**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion requesting that we reverse the trial court's judgment and remand this case to the trial court for a new trial. We grant the motion, reverse the trial court's default judgment, and remand this case for a new trial. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Robert D. Burns, III
ROBERT D. BURNS, III
CHIEF JUSTICE

180484F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ATKINS CONSTRUCTION COMPANY, INC., Appellant

No. 05-18-00484-CV     V.

MARY LUTTRELL, Appellee

On Appeal from the 354th Judicial District Court, Hunt County, Texas
Trial Court Cause No. 84376.
Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the default judgment of the trial court is **REVERSED** and this case is **REMANDED** to the trial court for a new trial.

The parties shall bear their own costs of this appeal as agreed.

Judgment entered February 1, 2019